# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

No. 1D17-4655

———————————————

ALINA E. VAZQUEZ,

Appellant,

v.

COURTYARD BY MARRIOTT TAMPA
WESTSHORE/AIRPORT/
MARRIOTT INTERNATIONAL, INC.,

Appellees.

———————————————

On appeal from an order of Judge of Compensation Claims,
Ellen H. Lorenzen, Judge.

Date of Accident: September 28, 2016.

July 25, 2018

PER CURIAM.

AFFIRMED.

B.L. THOMAS, C.J., and MAKAR and WINSOR, JJ., concur.

———————————————

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

———————————————

Stephen M. Barbas of Barbas Nunez Sanders Butler & Hovsepian, Tampa; and Richard W. Ervin, III, of Fox & Loquasto, P.A., Tallahassee, for Appellant.

Pamela J. Cox of Cox & Rouse, P.A., Maitland, for Appellees.